[No. 20414–9–I.   Division One.   August 22, 1988.]

*In the Matter of the Marriage of* LOUISE JANE CRAW,
*Appellant, and* LOUIS CRAW,
*Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 82–3–00411–8, Walter J. Deierlein, Jr., J., entered April 20, 1987. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Winsor, J., Scholfield, C.J., dissenting.

[No. 20241–3–I.   Division One.   August 22, 1988.]

BEVERLY MILLER, *Respondent,* v. JAMES O'SULLIVAN,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–02874–1, Warren Chan, J., entered March 17, 1987. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Scholfield, C.J., and Grosse, J.

[Nos. 19908–1–I; 19909–9–I.   Division One.   August 22, 1988.]

*In the Matter of* A.G.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent,* v. THOMAS GILL, *Appellant.*

*In the Matter of* D.G.

Appeals from a judgment of the Superior Court for Snohomish County, No. 73834R010, Byron L. Swedberg, J., entered January 7, 1987. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Grosse, J., and Revelle, J. Pro Tem.